**Order entered June 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00339-CV

**METHODIST HOSPITALS OF DALLAS, Appellant**

**V.**

**VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16088**

## ORDER

On May 20, 2019, after appellant informed the Court the parties had settled their dispute but had not yet finalized the contents of the settlement agreement, we suspended the briefing deadline and ordered appellant to file either a motion to dismiss or a status report no later than June 10, 2019. In accordance with the order, appellant has filed a status report informing the Court the parties need additional time to finalize the agreement.

We **GRANT** the request and **ORDER** appellant to file either a motion to dismiss or status report no later than July 1, 2019.

/s/ ERIN A. NOWELL
   JUSTICE